■ MICHAEL LOBEL, Appellant, v URI HAKAMI et al., Respondents, et al., Defendants. [19 NYS3d 724]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered December 9, 2013, which, to the extent appealed from as limited by the briefs, granted defendants-respondents' (defendants) motion for summary judgment dismissing the breach of contract and breach of fiduciary duty causes of action, unanimously affirmed, with costs.

The motion court correctly granted defendants summary judgment dismissing plaintiff's breach of contract cause of action, as the evidence does not support plaintiff's claim of an oral partnership agreement between him and defendant Hakami (*see Moses v Savedoff*, 96 AD3d 466, 470 [1st Dept 2012]). In the absence of evidence showing a partnership relationship, the court correctly granted defendants summary judgment dismissing plaintiff's breach of fiduciary duty claim (*see Langer v Dadabhoy*, 44 AD3d 425, 426 [1st Dept 2007], *lv denied* 10 NY3d 712 [2008]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Moskowitz, Richter and Manzanet-Daniels, JJ.